UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI CORONA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | **Case No. LA CV 17-02913-VBF-KK**<br><br>**ORDER**<br>Overruling Plaintiff's Objections;<br>Adopting the Final R&R;<br>Denying Federal-Law Claims and Dismissing them With Prejudice;<br>Dismissing State-Law Claims Without Prejudice;<br>Terminating & Closing the Case (JS-6);<br>Directing Entry of Separate Judgment |

Pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72, the Court has reviewed the Complaint, the relevant records on file, the Final Report and Recommendation ("FR&R") of the United States Magistrate Judge, plaintiff's objections to the FR&R, and the applicable law. The Court has engaged in <u>de novo</u> review of those portions of the FR&R to which plaintiff has specifically objected. Finding no error of law, fact, or logic in Magistrate Judge Kato's well-reasoned FR&R, the Court will accept its findings and conclusions and implement its recommendations.

Plaintiff's objection **[Doc # 15] is OVERRULED**.

**The Final Report and Recommendation [Doc # 16] is ADOPTED**.

The federal-law claims are **DENIED** and **DISMISSED with prejudice.**

The Court **DECLINES** supplemental jurisdiction over all state-law claims.

All state-law claims are **DISMISSED without prejudice** to plaintiff asserting them in an appropriate state or local court, if any.

The Clerk of Court **SHALL TERMINATE and close this case (JS-6)**.

IT IS SO ORDERED.

Dated: Wednesday, August 23, 2017

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge