JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI CORONA, | **Case No. LA CV 17-02913-VBF-KK** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES et al., | |
| Defendants. | |

Pursuant to this Court's contemporaneously issued Order Overruling Plaintiff's Objections, Adopting the Final R&R of the Magistrate Judge, Denying the Federal-Law Claims, Declining to Exercise Supplemental Jurisdiction and Dismissing the State-Law Claims Without Prejudice, and Directing Entry of Separate Judgment, **IT IS HEREBY ADJUDGED that (1) judgment is entered in favor of all defendants and against plaintiff on the federal-law claims and (2) the state-law claims are dismissed without prejudice to their assertion in an appropriate court.**

Dated: August 23, 2017

*Valerie Baker Fairbank*

_____

Hon. Valerie Baker Fairbank
Senior United States District Judge